UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-21359-RAR

JESUS GONZALEZ

     Plaintiff,

v.

DEN VIRGINIA GARDENS LLC,
d/b/a Denny's #7467, and NNN REIT, LP.

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jesus Gonzalez, and Defendant, Den Virginia Gardens LL, d/b/a Denny's #7467, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court Order [DE 17], hereby jointly stipulate to the dismissal of this action with prejudice with each party to bear his/its own attorneys' fees and costs, except as otherwise provided in their settlement agreement and respectfully request that this Court terminate the action.

    Respectfully submitted on June 12, 2025.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* | By: */s/ Merry E. Lindberg* |
| Juan Courtney Cunningham, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 628166 | Florida Bar.: 308102 |
| **J. COURTNEY CUNNINGHAM, PLLC** | 1253 Park Lane |
| 8950 SW 74th Court, Suite 2201 | West Palm Beach, FL 33417 |
| Miami, Florida 33156 | T: 561-236-7447 |
| T:  305-351-2014 | MLRanch@bellsouth.net |
| cc@cunninghampllc.com | |
| legal@cunninghampllc.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**Page 1 of 2**

**Gonzalez v. Den Virginia Gardens**
**Case No. 25-cv-21359-RAR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2025, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*