**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-21359-RAR**

**JESUS GONZALEZ**,

     Plaintiff,

v.

**DEN VIRGINIA GARDENS LLC**,
*d/b/a* **DENNY'S #7467**, *et al.*,

     Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal With Prejudice ("Stipulation"), [ECF No. 18], as to Defendant Den Virginia Gardens LLC, *d/b/a* Denny's #7467 ("Denny's"), filed on June 12, 2025.[1]  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant Denny's is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs, except as otherwise provided in the parties' settlement agreement.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2025.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1]  Defendant NNN REIT, LP was dismissed from this action on April 15, 2025, [ECF No. 11].  Defendant Denny's is the sole remaining Defendant in this action.